Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorney for Plaintiff*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

                    Plaintiff,

    v.                               Civil Action No. 2:14-cv-05333-MCA-JBC

JOHN DOE, subscriber assigned IP address
72.68.66.99,

                    Defendant.

---

## PLAINTIFF'S NOTICE OF SETTLEMENT
## WITH DEFENDANT JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe, subscriber assigned IP address 72.68.66.99 ("Defendant").   Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  December 23, 2014

                        Respectfully submitted,

                        By:    /s/ *Patrick J. Cerillo*
                        Patrick J. Cerillo
                        pjcerillolaw@comcast.net
                        4 Walter Foran Blvd.
                        Suite 402

Flemington, NJ 08822
Telephone:  (908) 284-0997
Facsimile:  (908) 284-0915
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 23, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Patrick J. Cerillo*

Patrick J. Cerillo